| | |
|---|---|
| 1 | STEPHANIE HINDS, CSBN 154284 |
| | United States Attorney |
| 2 | PETER K. THOMPSON (HI 5890) |
| | Acting Regional Chief Counsel |
| 3 | ANDREA BANKS, CSBN 275286 |
| | Special Assistant United States Attorney |
| 4 |     Social Security Administration |
| |     160 Spear Street, Suite 800 |
| 5 |     San Francisco, CA 94105 |
| |     Telephone: (510) 970-4803 |
| 6 |     Facsimile: (415) 744-0134 |
| | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE FRANKLIN, | No.  3:22-cv-00096-WHO |
|     Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER FOR A SECOND EXTENSION TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| KILOLO KIJAKAZI, | |
| Acting Commissioner of Social Security, | |
|     Defendant. | |

    IT IS HEREBY STIPULATED, by and between Danielle Franklin (Plaintiff) and Kilolo Kijakai, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of 35 days to deliver her Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment. The current due date is July 15, 2022. The new due date will be August 19, 2022. The parties further stipulate that all other dates will be extended accordingly.

    This is the second extension of time requested by Defendant in the above-captioned matter. Defendant's counsel respectful requests this extension because she is conferring with her client regarding the issues raised by Plaintiff and requires additional time to receive a response

and to engage in possible settlement negotiations. This request is made in good faith with no intention to unduly delay the proceedings. Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on July 13, 2022.

      WHEREFORE, Defendant requests until August 19, 2022, to file her cross-motion for summary judgment.

DATED: July 14, 2022        */s/ Young Bin Yim*
                                          (as authorized by email on July 13, 2022)
                                          Attorney for Plaintiff

                                          STEPHANIE HINDS
                                          United States Attorney

DATED: July 14, 2022        By:   /s/ *Andrea Banks*
                                            Special Assistant United States Attorney
                                            Attorneys for Defendant

**ORDER**

Pursuant to stipulation, it is so ordered.

DATE: July 14, 2022

                                            HON. WILLIAM H. ORRICK
                                            UNITED STATES DISTRICT COURT JUDGE