STEPHANIE HINDS (CSBN 154284)
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANDREA BANKS (CSBN 275286)
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
    Telephone: (510) 970-4803
    Facsimile: (415) 744-0134
    Andrea.Banks@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIELLE FRANKLIN,<br><br>    Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No  3:22-cv-00096-WHO<br><br>**[PROPOSED] ORDER AND STIPULATION TO REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR** |

   IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new hearing and issue a new decision for the period beginning on January 1, 2019.

   On remand, the Commissioner will further develop the record as necessary, hold a new hearing, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: July 25, 2022          STEPHANIE HINDS
                              United States Attorney


                    BY:       /s/ Andrea Banks
                              ANDREA BANKS
                              Special Assistant United States Attorney
                              Attorneys for Defendant


                    BY:       /s/ Young Bin Yim
                              YOUNG BIN YIM
                              (as authorized by email)
                              Attorney for Plaintiff


                              **IT IS SO ORDERED:**

                              _____
                              THE HONORABLE WILLIAM H. ORRICK
                              UNITED STATES DISTRICT JUDGE

                              DATED: July 25, 2022_____